

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 1:13-MJ-00139 GSA |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| MARTIN SOTO-ZAVALA, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been released and the arrest warrant recalled, as this matter was previously resolved in the Central District of California:

IT IS HEREBY ORDERED that the defendant shall be released forthwith on this case.

DATED: 7/9, 2013

/s/ _____
HONORABLE GARY S. AUSTIN
U.S. MAGISTRATE JUDGE

1